In the Matter of the Application of ANNA S. CULLITON, as Administratrix, etc., of SABINA BATES, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Decree so far as appealed from affirmed, with costs

payable out of the estate. All concur. (The portion of the decree appealed from directs certain securities to be turned over to the estate of decedent.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.